UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ELIZABETH RABY and ) <br> BRITTANY MATTHEWS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TALALAI YULIA, ) <br> ) <br> Defendant. ) | No.: 3:14 -CV-420-TAV-HBG |

## MEMORANDUM AND ORDER

This civil action is before the Court on the parties' Joint Motion to Remand [Doc. 11]. The parties agree that this matter should be remanded to the Circuit Court of Sevier County, Tennessee, as the parties have determined that defendant is a resident of Tennessee. In light of the parties' agreement and for good cause shown, the parties' Joint Motion to Remand [Doc. 11] is hereby **GRANTED** and this case is remanded to the Circuit Court of Sevier County, Tennessee for further proceedings.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE
